UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LAURENE L. TUCKER,

                       Plaintiff,

             v.                                      1:04-CV-1327
                                                          (FJS/RFT)

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
_____

**APPEARANCES:**                                    **OF COUNSEL:**

ERWIN, McCAIN LAW FIRM                              THOMAS C. ERWIN, ESQ.
Attorney for Plaintiff
23 Elk Street
Albany, New York  12207


HON. GLENN T. SUDDABY                               WILLIAM H. PEASE
United States Attorney for the                      Assistant United States Attorney
  Northern District of New York
Attorney for Defendant
PO Box 7198
100 South Clinton Street
Syracuse, New York  13261


**FREDERICK J. SCULLIN, S.D.J.**:


### DECISION AND ORDER

       Presently before the Court is Magistrate Judge Randolph E. Treece's February 20, 2008

Report-Recommendation in which he recommends that the Commissioner's decision denying

disability benefits be affirmed, and the Court having reviewed the Report-Recommendation and

the entire file in this matter and no objections to said Report-Recommendation having been filed,

the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge Randolph E. Treece on February 20, 2008 is, for the reasons stated therein, accepted in its entirety; and the Court further

**ORDERS** that the Commissioner's decision denying disability benefits is **AFFIRMED**, and the complaint is **DISMISSED** in its entirety, and the Court further

**ORDERS** that the Clerk of the Court enter judgment in favor of the defendant and close this case.

**IT IS SO ORDERED**.

Dated: April 2, 2008
       Syracuse, New York

                                        Frederick J. Scullin, Jr.
                                        Senior United States District Court Judge