United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

LAURENE L. TUCKER

                              **Plaintiff**

             **VS.**                                1:04-CV-1327 (FJS/RFT)

COMMISSIONER OF SOCIAL SECURITY

                              **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Randolph F. Treece dated February 20, 2008 is accepted in its entirety.  The Commissioner's decision denying disability benefits is affirmed and the Complaint is dismissed in its entirety. Judgment is hereby entered in favor of the defendant and this case is closed.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 3rd day of April, 2008.

**APRIL 3, 2008**                                      **LAWRENCE K. BAERMAN**

**DATE**                                                 **CLERK OF COURT**

                                                                          **s/**

                                                                          **JOANNE BLESKOSKI**
                                                                          **DEPUTY CLERK**